996 A.2d 1039

HENRY E. RAAB AND CLARA V. MONTAGNA, PLAINTIFFS–PETI-
TIONERS, AND BOROUGH OF AVALON, DEFENDANT/THIRD
PARTY PLAINTIFF–RESPONDENT, v. STATE OF NEW JER-
SEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION,
THIRD–PARTY DEFENDANT–RESPONDENT.

June 30, 2010.

Denied.